**FILED**

MAY - 6 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13CR0723-DMS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| DAVID GORDON HOLLAWAY, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_  the Court has dismissed the case for unnecessary delay; or

\_X\_\_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_  the jury has returned its verdict, finding the defendant not guilty; or

\_\_\_\_  of the offense(s) as charged in the Information:

21 USC 846 and 841(a)(1) - Conspiracy to Manufacture and Distribute Marijuana; 21 USC 853(a) - Criminal Forfeiture

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/6/14

_____
Jill L. Burkhardt
U.S. Magistrate Judge